UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No: 1:12-cr-77

v.                                                      HON. JANET T. NEFF

LLOYD THOMAS MARTIN,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and Defendant's objection to the Report and Recommendation is denied, for the reasons stated in the Court's prior Order (Dkt 148).

THEREFORE, IT IS ORDERED that:

1. The Objection (Dkt 137) is denied.

2. The Report and Recommendation of the Magistrate Judge (Dkt 120) is approved and adopted as the opinion of the Court.

3. Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charge set forth in Count 1 of the Indictment.

4. The written plea agreement is hereby continued under advisement pending sentencing.

Dated: January 30, 2013                /s/Janet T. Neff
                                                  JANET T. NEFF
                                                  United States District Judge